**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMUND EDWARDS, | Case No. CV 23-00552 FMO (RAO) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CHARISSE EDWARDS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 24), the Report and Recommendation of the United States Magistrate Judge dated June 6, 2023 (Dkt. No. 26), Plaintiff's Objections filed June 26, 2023 (Dkt. No. 27), and all other records and files herein. The Court is not persuaded by Plaintiff's Objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

Accordingly, IT IS ORDERED that Plaintiff's First Amended Complaint is dismissed without prejudice. All pending motions are dismissed as moot.

DATED: June 29, 2023

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE