JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00552 FMO (RAO)

EDMUND EDWARDS,

    Plaintiff,

**JUDGMENT**

v.

CHARISSE EDWARDS, et al.,

    Defendants.

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: June 29, 2023

                                                 /s/
                                    FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE